# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

INDIGO AG, INC., and its
wholly owned subsidiary, and
INDIGO MARKETPLACE, LLC,

     Plaintiffs,

v.

JET THORNTON FARMS INC. and
JET THORNTON,

     Defendants.

CV 523-054

## ORDER

Before the Court is Plaintiffs' notice of voluntary dismissal, dkt. no. 7, wherein they notify the Court that they wish to voluntarily dismiss this action. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted in this action are **DISMISSED without prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED,** this 16 day of August, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA